

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00176-CV

| | | |
|---|---|---|
| ANTHONY A. RIEDER, ED RAPEE III, AND CADBURY SOLUTIONS, LLC, Appellants | § | On Appeal from the 342nd District Court |
| V. | | |
| ALAN MEEKER, Appellee | | |
| AND | § | of Tarrant County (342-288556-16) |
| ANTHONY A. RIEDER AND ED RAPEE III, Appellants | | |
| V. | | |
| CQUENTIA SERIES, LLC, Appellee | | |
| AND | § | April 22, 2021 |
| KENNY WOODS, Appellant | | |
| V. | | |
| ANTHONY A. RIEDER, ED RAPEE III, AND CADBURY SOLUTIONS, LLC, Appellees | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Supreme Court. This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part.

We affirm the part of the trial court's order granting the special appearance as to and dismissing Kenny Woods's claims, and we affirm the part of the order denying the special appearance as to Alan Meeker's declaratory judgment claim on behalf of CQuentia Series, LLC for a declaration with respect to the CQ Agreement. But we reverse the part of the order overruling Anthony A. Rieder, Ed Rapee III, and Cadbury Solutions, LLC's special appearance as to all of Meeker and CQuentia Series's remaining claims, and we render judgment dismissing those claims without prejudice. We remand this case to the trial court for further proceedings on the sole remaining claim consistent with this opinion and the opinion of the Texas Supreme Court.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
Justice Dabney Bassel